IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CIVIL ACTION NO. 3:22—cv-66-GHD-RP

DEXTER RAY     DEFENDANT

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Dexter Ray. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Dexter Ray in the sum of $20,830.35. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Dexter Ray agrees that the sum owed, $20,830.35 plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $400.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Dexter Ray pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Dexter Ray will be credited to his outstanding debt.

IT IS SO ORDERED this the 28th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

*[signature]* 6-15-22

Stuart S. Davis (MSB #103224)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: stuart.davis@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

J. Rhea Tannehill, Jr.

*[signature]*

Tannehill, Carmean & McKenzie, PLLC
829 N. Lamar Boulevard, Suite #1
Oxford, Mississippi 38655
t: 662-236-9996
f: 662-234-3949
e: jrt@tannehillcarmean.com
*Attorney for Dexter Ray*

Dexter Ray

*[signature]*
Defendant